IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-178-D

| | | |
|---|---|---|
| KERI WELLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FIFTH THIRD BANK, INC., | ) | |
| | ) | |
| Defendant. | ) | |

On August 7, 2020, defendant plaintiff filed a joint status report [D. E. 22]. The joint status report states that the parties have resolved their dispute, there are no further issue to be adjudicated, and request that the case be closed. See id. Accordingly, the clerk is DIRECTED to close the case.

SO ORDERED. This 4 day of September 2020.

JAMES C. DEVER III
United States District Judge